**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JEREMIAH THOMAS HAIR**                                                    **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 4:25-cv-00095-BWR**

**ERRICK SIMMONS, et al.**                                                  **DEFENDANTS**

### ORDER

*Pro se* Plaintiff Jeremiah Thomas Hair is an inmate who claims that he is now housed at the Greene County Correctional Facility in Leakesville, Mississippi. Notice [26] at 1-2. He brings this Complaint [1] under 42 U.S.C. §§ 1983, 1985 against Defendants Errick Simmons, Derrick Simmons, and the Simmons & Simmons Law Firm. *See also* Order [27]. Plaintiff is proceeding *in forma pauperis*. Order [12]. After having reviewed and liberally construed Plaintiff's pleadings, it is hereby,

**ORDERED**:

1. That the Clerk of Court is directed to issue a *Notice of Lawsuit and Request to Waive Service of a Summons* for Defendants Errick Simmons, Derrick Simmons, and the Simmons & Simmons Law Firm. The Clerk is directed to attach a copy of the Complaint [1] and Order [27]; the accompanying *Notices of Lawsuit and Requests to Waive Service of a Summons*; and the accompanying *Waiver* form by first-class mail to **Errick Simmons; Derrick Simmons; and the Simmons & Simmons Law Firm; 207 Main Street; Greenville, MS 38701-4038**. Defendants are directed to file a signed *Waiver* form or a Response within 30 days.

2. That Defendants shall file an answer or other responsive pleading in

this cause in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

3.      That as provided for in the Federal Rules of Civil Procedure, discovery is stayed until further order of this Court.

4.      That subpoenas shall not be issued except by order of the Court. The United States District Court Clerk shall not issue subpoenas upon request of the *pro se* litigant but shall instead forward the request to the Magistrate Judge assigned to this cause for review. Plaintiff shall submit all requests for the issuance of subpoenas to the Magistrate Judge's office for review.

This Order allowing process to issue against the above-named Defendants does not reflect any opinion of this Court that the claims contained in the Complaint will or will not be determined to be meritorious. Failure to advise this Court of a change of address or failure to comply with any Order of this Court may result in the dismissal of this case.

**SO ORDERED,** this 27th day of May, 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2