## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**JEREMIAH THOMAS HAIR**                                                          **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 4:25-cv-00095-BWR**

**ERRICK SIMMONS, et al.**                                                     **DEFENDANTS**

### ORDER DIRECTING SUMMONSES TO ISSUE

*Pro se* Plaintiff Jeremiah Thomas Hair is an inmate housed at the South Mississippi Correctional Institution in Leakesville, Mississippi, and he is proceeding *in forma pauperis*. He names (1) Errick Simmons, (2) Derrick Simmons, and (3) Simmons & Simmons Law Firm as Defendants. On May 27, 2026, the Court issued a notice of lawsuit and request for waiver of service to all Defendants, Order [28], but they did not timely waive service of process.

The Clerk of Court is therefore directed to issue summonses for Defendants Errick Simmons, Derrick Simmons, and Simmons & Simmons Law Firm. The United States Marshals Service is directed to personally serve the summonses on Errick Simmons, Derrick Simmons, and Simmons & Simmons Law Firm. And the United States Marshals Service is directed to file the return with the Clerk of Court, Federal Building Room 369, 911 Jackson Avenue East, Oxford, MS 38655, on or before August 19, 2026.

**ORDERED:**

1.      That the United States District Clerk is directed to issue summonses to **Defendants Errick Simmons, Derrick Simmons, and Simmons & Simmons**

**Law Firm at 207 Main Street, Greenville, MS 38701-4038**.  The Clerk is directed to attach a copy of the Complaint [1], Order [27], and a copy of this Order, along with the summonses to be served on all Defendants by the United States Marshals Service. The United States Marshal shall ***personally*** serve these documents on all Defendants under 28 U.S.C. § 1915(d) and shall file the returns with the Clerk of Court, Federal Building Room 369, 911 Jackson Avenue East, Oxford, MS 38655, **on or before August 19, 2026.**

2.     That Defendants shall file an answer or other responsive pleading in this cause in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

3.     That as provided for in the Federal Rules of Civil Procedure, discovery is stayed until further order of this Court.

4.     That subpoenas shall not be issued except by order of the Court.  The United States District Court Clerk shall not issue subpoenas upon request of the *pro se* litigant but shall instead forward the request to the Magistrate Judge assigned to this cause for review.  Plaintiff shall submit all requests for the issuance of subpoenas to the Magistrate Judge's office for review.

This Order allowing process to issue against the above-named Defendants does not reflect any opinion of this Court that the claims contained in the Complaint will or will not be determined to be meritorious.  Failure to advise this Court of a change of address or failure to comply with any Order of this Court will be deemed a purposeful delay and contumacious act by Plaintiff and may result in the dismissal

2

of this case.

      **SO ORDERED,** this 20th day of July, 2026.

s/ *Bradley W. Rath*
_____
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE
